# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Quinzetta Rucker,

          Plaintiff,        Case No. 18-cv-12439

v.                                  Judith E. Levy
                                  United States District Judge
Commissioner of Social Security,

                                  Mag. Judge David R. Grand

          Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [17]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending the Court deny plaintiff's motion for summary judgment (Dkt. 15) and grant defendant's motion for summary judgment (Dkt 16). (Dkt. 17.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 17) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 15) is DENIED;

Defendant's motion for summary judgment (Dkt. 16) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: April 26, 2019    s/Judith E. Levy
 Ann Arbor, Michigan   JUDITH E. LEVY
            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 26, 2019.

          s/Shawna Burns
          SHAWNA BURNS
          Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).